NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE FRANK ROBERT DITTO

---

2012-1182
(Serial No. 09/276,137)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## O R D E R

This appeal was docketed on February 2, 2012 and the docketing fee was due no later than February 16, 2012. Ditto submitted his motion and declaration for leave to proceed in Forma Pauperis on February 16, 2012. The court notes in its April 27, 2012 letter to Mr. Ditto "that only the first page of the motion made its way into the file and we need you to re-submit your motion (form enclosed) within 21 days." The court has yet to receive Mr. Ditto's re-submitted motion.

Upon consideration thereof,

IT IS ORDERED THAT:

This appeal is dismissed for failure to prosecute. Any pending motions are denied as moot.

FOR THE COURT

__JUL 1 1 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Frank Robert Ditto
    Raymond T. Chen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 1 2012

JAN HORBALY
CLERK